# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, N.A. | § |
| | § Civil Action No. 4:16-CV-360 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| KENDALL L. PARKER, MONICA D. PARKER | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 13, 2017, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Defendants' Counterclaim be dismissed without prejudice.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Counterclaim is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.
SIGNED this 21st day of August, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE